JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER WILSON and JASMINE RICHARDS,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF LOS ANGELES, OFFICER M. NELSON; OFFICER J. HABERKORN; OFFICER B. POPULORUM; DET. A. RODRIGUEZ; SGT. L. CALDERON; OFFICER N. MADJD; OFFICER P. DURNIOK; OFFICER A. TORRES; OFFICER D. CRUZ; OFFICER C. VALENZUELA; OFFICER FIELDS; SGT. J. TALMAGE, inclusive,<br><br>Defendants. | **CASE NO. 2:18-cv-08065-MWF-E**<br>*Hon. Michael W. Fitzgerald - Ctrm. 5A, (First St. Courthouse)*<br>*Hon. Mag. Charles F. Eick - Ctrm. 750, 7th Fl. (Roybal)*<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>[Filed concurrently with Stipulation for Dismissal of Entire Action]<br><br>Complaint filed: 9/17/18<br>Trial Date: 3/24/20 |

**GOOD CAUSE appearing therefore,**

**IT IS HEREBY ORDERED** that the above-captioned action against Defendant CITY OF LOS ANGELES is dismissed, with prejudice. All parties shall bear their own costs and attorneys' fees.

DATED: January 24, 2020

*/s/ Michael W. Fitzgerald*
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE

1